In the Matter of the Judicial Settlement of the Account of MARIE STUTZIN, Executrix, etc., of ROSE W. ENGLANDER, Also Known as ROSE WITTEN, Deceased. JACOB ENGLANDER, Objectant, Appellant; MARIE STUTZIN, Executrix, Respondent; ANNA WEINSTEIN, Donee, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.